**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7210**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

LUTHER JENKINS, IV, a/k/a Luther Jenkins,

              Defendant – Appellant.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Martin K. Reidinger,
District Judge.  (3:99-cr-00021-MR-1)

_____

Submitted:  February 25, 2010         Decided:  March 3, 2010

_____

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Luther Jenkins, IV, Appellant Pro Se.  Amy Elizabeth Ray,
Assistant United States Attorney, Asheville, North Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luther Jenkins, IV, appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Jenkins, No. 3:99-cr-00021-MR-1 (W.D.N.C. June 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The district court's order also denies other motions filed by Jenkins, but Jenkins' informal brief challenged only the denial of the § 3582(c) motion. "The Court will limit its review to the issues raised in the informal brief." 4th Cir. R. 34(b).